Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
Meghan E. George (SBN 274525)
Thomas E. Wheeler (SBN 308789)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St. Suite 780,
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
mgeorge@toddflaw.com
twheeler@toddflaw.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MATTHEW TYE, HARRY SCHMOLL, MICHAEL WICLOX, CRAIG LAMSTER, and TANYA THOMPSON MULLINS, on behalf of themselves and all others similarly situated,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**WAL-MART STORES, INC., and WAL-MART STORES EAST, L.P.,**<br><br>**Defendants.** | Case No. **8:15-cv-01615-DOC-JCG**<br><br>**NOTICE OF SETTLEMENT** |

NOW COME THE PLAINTIFFS by and through their attorneys to respectfully notify this Honorable Court that the parties have reached a settlement in principle and are currently preparing a settlement agreement. Plaintiffs, with Defendants' consent and agreement, request that this Honorable Court vacate all pending deadlines and hearings and allow forty-five (45) days for the parties to

file dispositive documentation, including a Joint Stipulation of Dismissal. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 22nd Day of June, 2018.

By: s/Todd M. Friedman
TODD M. FRIEDMAN
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiffs

Filed electronically on this 22nd Day of June, 2018, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable David O. Carter
United States District Court
Central District of California

And all Counsel of Record on the electronic service list.

This 22nd Day of June, 2018.

s/Todd M. Friedman
Todd M. Friedman