Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
Meghan E. George (SBN 274525)
Thomas E. Wheeler (SBN 308789)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St. Suite 780,
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
mgeorge@toddflaw.com
twheeler@toddflaw.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW TYE, HARRY SCHMOLL, MICHAEL WICLOX, CRAIG LAMSTER, and TANYA THOMPSON MULLINS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WAL-MART STORES, INC., and WAL-MART STORES EAST, L.P.,<br><br>Defendants. | Case No. **8:15-cv-01615-DOC-JCG**<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs, Matthew Tye, Harry Schmoll, Michael Wilcox, Craig Lamster, and Tanya Thompson Mullins and Defendants Wal-Mart Stores, Inc. and Wal-Mart Stores East, LP that, pursuant to Fed. R. Civ. P.41(a)(1)(A)(ii), Plaintiffs hereby voluntarily dismiss this action against Defendants in its entirety, with prejudice

as to Plaintiffs' individual claims and without prejudice as to the claims of any absent putative class members. Each party shall bear their own fees and costs incurred within.

Dated: October 15, 2018

By: s/ Stephen P. DeNittis

**DENITTIS OSEFCHEN PRINCE, P.C.**
Stephen P. DeNittis, Esq.
5 Greentree Circle, Suite 410
Marlton, NJ, 08053
Telephone: (856) 797-9951 2005

**LAW OFFICE OF TODD M. FRIEDMAN**
Todd M. Friedman (SBN: 216752)
324 Beverly Dr., #725
Beverly Hills, CA 90212
Tel: (877) 206-4741
Fax: (866) 633-0228

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
Janine L. Pollack (admitted *pro hac vice*)
270 Madison Avenue
New York, NY 10016
pollack@whafh.com

*Attorneys for Plaintiffs*

By: s/ Judy S. Okenfuss

**ICE MILLER LLP**
Judy S. Okenfuss (*pro hac vice*)
Jenny R. Buchheit (*pro hac vice*)
Audrey K. Howard (*pro hac vice*)
One American Square, Suite 2900
Indianapolis, IN 46281-0200
Telephone: 317-236-2100
Facsimile: 317-236-2219
Judy.Okenfuss@icemiller.com
Jenny.Buchheit@icemiller.com
Audrey.Howard@icemiller.com

**MCGUIRE WOODS LLP**
Molly M. White (SBN 171448)
1800 Century Park East, 8th Floor
Los Angeles, CA 90067-1501
Telephone: 310.315.8200
Facsimile: 310.315/8210
mwhite@mcguirewoods.com

Angela M. Spivey (*pro hac vice*)
1230 Peachtree Street, NE
Promenade, Suite 2100
Atlanta, GA 30309-3534
Telephone: 404.443.5720
Facsimile: 404.443.5792
aspivey@mcguirewoods.com

*Attorneys for Defendants Wal-Mart Stores, Inc., and Wal-Mart Stores East, L.P.*

## [PROPOSED] ORDER

**AND NOW**, this ___ day of _____, 2018, upon consideration of the Parties' Stipulation, it is hereby **ORDERED** and **DECREED** that the stipulation as set forth in the Parties' Stipulation is **ADOPTED**.

**IT IS SO ORDERED.**

BY THE COURT:

_____
The Honorable David O. Carter

I\13598601.1