**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MATTHEW TYE, HARRY SCHMOLL, MICHAEL WICLOX, CRAIG LAMSTER, and TANYA THOMPSON MULLINS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WAL-MART STORES, INC., and WAL-MART STORES EAST, L.P.,<br><br>Defendants. | Case No. **8:15-cv-01615-DOC-JCG**<br><br>**ORDER OF DISMISSAL WITH PREJUDICE [104]** |

This matter came before this Court on the Parties' October 19, 2018 Joint Stipulation of Dismissal With Prejudice, doc. 104, filed upon agreement of the Parties pursuant to F.R.C.P. 41(a)(2) of the Federal Rules of Civil Procedure. Pursuant to Rule 41 of the Federal Rules of Civil Procedure, this Court now ORDERS that the claims of Plaintiffs Matthew Tye, Harry Schmoll, Michael Wilcox, Craig Lamster, and Tanya Thompson Mullins are DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

Dated:  November 6, 2018

*/s/ David O. Carter*
_____
The Honorable David O. Carter
United States District Judge